# Union Trust Company of Pittsburg, Appellant, *v.* Cain (No. 3).

Argued April 26, 1905. Appeal, No. 233, April T., 1905, by plaintiff, from judgment of C. P. No. 2, Allegheny Co., April T., 1902, No. 614, on verdict for defendant non obstante veredicto in case of the Union Trust Company of Pittsburg, administrator of Johanna Montgomery, deceased, v. William H. Cain and Mary Eliza Cain, his wife, with notice to C. A. Tillman, terre-tenant. Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY BEAVER, J., October 9, 1905:

For the reasons stated in Nos. 231 and 232 of April Term, 1905, Trust Co. v. Cain, ante, pp. 189, 197, in which opinions have been this day filed, with which this case was tried in the court below, the judgment is affirmed.

---

# Union Trust Company of Pittsburg, Appellant, *v.* Cain (No. 4).

Argued April 26, 1905. Appeal, No. 234, April T., 1905, by plaintiff, from judgment of C. P. No. 2, Allegheny Co., April T., 1902, No. 615, on verdict for defendant non obstante veredicto in case of the Union Trust Company of Pittsburg, administrator of Johanna Montgomery, deceased, v. William H. Cain and Mary Eliza Cain, his wife, with notice to J. A. Miller, terre-tenant. Before RICE, P. J., BEAVER, ORLADY, PORTER, MORRISON and HENDERSON, JJ. Affirmed.

OPINION BY BEAVER, J., October 9, 1905:

This case was tried in the court below with Nos. 231, 232 and 233 of April Term, 1905. Trust Co. v. Cain, ante, pp. 189, 197, 199.

Opinions have been this day filed in Nos. 231 and 232 and, for the reasons therein given, the judgment entered in this case is affirmed.